NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, et al., | ) | CASE NO. 8:08-CV00090 |
| Plaintiffs, | ) | |
| vs. | ) | |
| NEBRASKA BEEF, INC. and, NEBRASKA BEEF, LTD., | ) | |
| Defendants. | ) | |
| DAVID CHUOL, et al., | ) | CASE NO. 8:08-CV00099 |
| Plaintiffs, | ) | |
| vs. | ) | |
| NEBRASKA BEEF, LTD., | ) | |
| Defendant. | ) | |

DISCLOSURE OF CORPORATE AFFILIATIONS,
FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1 and GMAC Commercial Credit LLC v. Dillard Department Stores, Inc., 357 F.3d 827, 828 (8th Cir. 2004), Nebraska Beef, Ltd., makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]

☐   This party is an individual.

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

☐ This party is a publicly held corporation or other publicly held entity.

☐ This party has parent corporations

    If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

☐ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☒ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

    The limited partners of Nebraska Beef, Limited, are as follows:

    Nebraska Beef, Inc.—Nebraska
    Day-Lee Foods, Inc.—California
    Timmerman & Sons Feed—Nebraska
    A B Hudson—Kansas
    The McCarthy Group, Inc.—Nebraska
    Robert Gottsch—Nebraska
    Donald Goldstein—Nebraska
    James G. Jandrain—Nebraska
    L. Goldstein—Nebraska
    NB Emp Group, LLC—Nebraska
    Michelle Roth-Kahn—Colorado

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Date: September 25, 2008    By:    /s/ Brian J. Brislen
                                      William M. Lamson, Jr., #12374
                                      William R. Settles, #19879

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

>Brian J. Brislen, #22226
>LAMSON, DUGAN and MURRAY, LLP
>10306 Regency Parkway Drive
>Omaha, NE 68114-3743
>Telephone: (402) 397-7300
>Telefax: (402) 397-7824
>wml@ldmlaw.com
>wrs@ldmlaw.com
>bjb@ldmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

>Russell D. Henkin
>Jonathan D. Berger
>Shanon J. Carson
>James A. Wells
>BERGER & MONTAGUE, P.C.
>1622 Locust Street
>Philadelphia, PA 19103
>-and-

NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1

    Todd M. Schneider
    Carolyn H. Cottrell
    W.H. Willson
    SCHNEIDER WALLACE
    180 Montgomery Street, Suite 2000
    San Francisco, CA 94104
    -and-
    Philip A. Downey
    1555 Embreeville Road
    P.O. Box 736
    Unionville, PA 19375
    -and-
    Christopher P. Welsh
    WELSH & WELSH, P.C., L.L.O.
    2027 Dodge Street, Suite 400
    Omaha, NE 68102
    *ATTORNEYS FOR PLAINTIFFS*

                            /s/ Brian J. Brislen