IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, et al., | ) | |
| | ) | 8:08CV90 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEBRASKA BEEF, INC., and NEBRASKA BEEF LTD, | ) ) | |
| | ) | |
| Defendants. | ) | |
| DAVID CHUOL, et al., | ) | |
| | ) | 8:08CV99 |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| NEBRASKA BEEF, INC., and NEBRASKA BEEF LTD, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the defendants' motions for special setting for trial, to extend the deadline for deposition discovery and to limit the number of witnesses plaintiffs may call and require that they be made available for deposition, or in the alternative, to expand the number of depositions that may be taken by the parties (Filing No. 155 in Case Number 8:09CV90; Filing No. 260 in Case Number 8:09CV99).

**IT IS ORDERED:**

The motions are scheduled for hearing and oral argument before the undersigned magistrate judge in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **on Friday, November 20, 2009 at 10:00 a.m.**

DATED this 12th day of November, 2009.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge