IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ,** *et al.*, | ) | 8:08CV90 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **DAVID CHUOL,** *et al.*, | ) | 8:08CV99 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **STIPULATION CONCERNING** |
| vs. | ) | **EXPERT REPORTS** |
| | ) | |
| **NEBRASKA BEEF, LTD.** and | ) | |
| **NEBRASKA BEEF, INC.**, | ) | |
| | ) | |
| Defendants. | ) | |

The parties having met and conferred, it is hereby STIPULATED and AGREED:

1.  Plaintiffs have served upon Defendants the expert reports of Kenneth S. Mericle, Ph.D. and Dwight Steward, Ph.D.;

2.  Defendants have served upon Plaintiffs the expert reports of David B. Marx, Ph.D. and Jeffrey E. Fernandez, Ph.D.;

3.  The deadline for filing motions *in limine* challenging the admissibility of expert testimony at trial under Fed. R. Civ. P. 702, as set by the Court, is February 23, 2010;

4.  The parties stipulate and agree that they will not file motions *in limine* challenging the admissibility of expert testimony at trial under Fed. R. Civ. P. 702.

1

2

| Respectfully, | Respectfully, |
|---|---|
| /s/ Shanon J. Carson | /s/ William R. Settles |
| Shanon J. Carson, Esquire | William R. Settles, Esquire |
| Berger & Montague, P.C. | Lamson, Dugan and Murray, LLP |
| 1622 Locust Street | 10306 Regency Parkway Drive |
| Philadelphia, PA 19103 | Omaha, Nebraska  68114-3743 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

IT IS SO ORDERED this _____ day of _____, 2010.

**CERTIFICATE OF SERVICE**

I, Shanon J. Carson, hereby certify that a true and correct copy of the foregoing Stipulation Concerning Expert Reports has been served on the below counsel of record for Defendants, Nebraska Beef, Ltd. and Nebraska Beef, Inc., in accordance with the Federal Rules of Civil Procedure via the Court's electronic filing CM/ECF system on February 22, 2010.

>William M. Lamson, Jr., #12374
>William R. Settles, #19879
>Brian J. Brislen, #22226
>LAMSON, DUGAN and MURRAY, LLP
>10306 Regency Parkway Drive
>Omaha, NE 68114-3743
>Telephone: (402) 397-7300
>Telefax: (402) 397-7824
>wml@ldmlaw.com
>wrs@ldmlaw.com
>bjb@ldmlaw.com
>
>*ATTORNEYS FOR DEFENDANTS*

/s/ Shanon J. Carson