IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ**, *et al.*, | ) | **8:08CV90** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | **8:08CV99** |
| **DAVID CHUOL**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | **STIPULATED MOTION REGARDING** |
| | ) | **DISCOVERY DEADLINES** |
| vs. | ) | |
| | ) | |
| **NEBRASKA BEEF, LTD.** and | ) | |
| **NEBRASKA BEEF, INC.**, | ) | |
| | ) | |
| Defendants. | ) | |

This 22nd day of February 22, 2010, the parties hereby jointly move the Court to enter an Order based upon their stipulation to the following:

1. The Court's Second Amended Order Setting Final Schedule for Progression of Case dated November 25, 2009 states that "[a]ll depositions, whether or not they are intended to be used at trial, shall be completed by March 1, 2010."

2. The parties have met and conferred and respectfully jointly request that the deadline to complete depositions that have already been noticed or requested be extended to April 9, 2010.

3. In addition, the parties have met and conferred and agreed that Plaintiffs' responses and objections to Defendants' written discovery requests shall be due by March 19, 2010.

1

4. This joint motion is made in good faith, and not for the purpose of delay, and will not affect the remainder of the Court's Order dated November 25, 2009, or the trial date scheduled for June 21, 2010.

Respectfully submitted,

Date: February 22, 2010   s/ Shanon J. Carson
Shanon J. Carson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

ATTORNEYS FOR PLAINTIFFS

AND

Date: February 22, 2010   NEBRASKA BEEF, INC., and NEBRASKA BEEF, LTD., Defendants,

By:   s/ William R. Settles
William M. Lamson, Jr., #12374
William R. Settles, #19879
Brian J. Brislen, #22226
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-3743
Telephone: (402) 397-7300
Telefax: (402) 397-7824
wml@ldmlaw.com
wrs@ldmlaw.com
bjb@ldmlaw.com

ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2010, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Brian J. Brislen | bbrislen@ldmlaw.com, rebeccal@ldmlaw.com |
| Shanon J. Carson | scarson@bm.net |
| Carolyn H. Cottrell | ccottrell@schneiderwallace.com, efilings@schneiderwallace.com, evancampen@schneiderwallace.com |
| Philip A. Downey | downeyjustice@gmail.com |
| Michael Hamilton | mhamilton@provostumphrey.com, lheembrock@provostumphrey.com |
| William M. Lamson, Jr. | wlamson@ldmlaw.com, amyk@ldmlaw.com |
| Brian P. McCafferty | cafstar@aol.com |
| Todd M. Schneider | tschneider@schneiderwallace.com, efilings@schneiderwallace.com |
| William R. Settles | wrs@ldmlaw.com, jray@ldmlaw.com |
| Christopher P. Welsh | cwelsh@welsh-law.com |
| James R. Welsh | jwelsh@welsh-law.com |
| W. Hank Willson, IV | wwillson@schneiderwallace.com, efilings@schneiderwallace.com |

Date: February 22, 2010         s/ Shanon J. Carson
                                Shanon J. Carson
                                Berger & Montague, P.C.
                                1622 Locust Street
                                Philadelphia, PA 19103

                                *Attorney for Plaintiffs*