# United States District Court

### *District of Nebraska*

---

*THOMAS D. THALKEN*
*United States Magistrate Judge*

*Roman L. Hruska U.S. Courthouse*   TEL: *(402) 661-7343*
*Suite 2271*
*111 South 18th Plaza*   FAX: *(402) 661-7345*
*Omaha, Nebraska 68102-1322*
----------
*e-mail:  thalken@ned.uscourts.gov*

April 19, 2010

    Re:    **David Chuol v. Nebraska Beef, Inc.**
             **8:08CV99**

Dear Counsel:

    The final pretrial conference set for 2:00 p.m., on May 17, 2010, will be held in my chambers, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

    In order to conserve time devoted to the conference, counsel are directed to provide to me at least one working day in advance of the conference, a copy of the final agreed on draft of the proposed final pretrial order.  The copy may be delivered to my chambers, e-mailed to me at the e-mail address above, faxed to my chambers (402-661-7345), or mailed to me so as to arrive one working day in advance of the conference.

    Counsels' attention is drawn to NECivR 16.2(a)(2) for the requirements of the final pretrial order.  **Particular care** should be taken to adhere to the requirements of NECivR 16.2(a)(1) regarding the inspection and preparation of exhibits prior to the pretrial conference.  All objections to any exhibits are to be noted with particularity on the exhibit list attached to the pretrial conference order.  Objections to witnesses and exhibits not made in the pretrial order will be deemed waived at trial.

    Counsel are informed that the conference will take place **regardless** of any pending motions in the case except those motions specifically addressed to the holding of the pretrial conference.  Counsel are further informed that while settlement will be explored, I will not hold a **formal** settlement conference at this final pretrial conference.

    Sincerely,

    s/Thomas D. Thalken
    United States Magistrate Judge