THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, et al., | ) | CASE NO. 8:08-CV00090 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEBRASKA BEEF, INC. and, | ) | |
| NEBRASKA BEEF, LTD., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| DAVID CHUOL, et al., | ) | CASE NO. 8:08-CV00099 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NEBRASKA BEEF, LTD., | ) | |
| | ) | |
| Defendant. | ) | |

**DESIGNATION OF
ADDITIONAL EVIDENTIARY MATERIALS**

COME NOW Nebraska Beef, Ltd., and Nebraska Beef, Inc. (collectively referred to as "Nebraska Beef") and, pursuant to the Text Order of this Court (Filing Nos. 211 in 8:08-cv-00090 and 316 in 8:08-cv-00099), hereby designate and submit the additional evidentiary materials found at Filing No. 206 and 311 respectively.

Respectfully submitted this 20th day of April, 2010.

                NEBRASKA BEEF, INC., and NEBRASKA
                BEEF, LTD., Defendants,

By:  /s/Brian J. Brislen_____
      William M. Lamson, Jr., #12374
      William R. Settles, #19879
      Brian J. Brislen, #22226
      LAMSON, DUGAN and MURRAY, LLP
      10306 Regency Parkway Drive
      Omaha, NE 68114-3743
      Telephone:  (402) 397-7300
      Telefax:  (402) 397-7824
      wml@ldmlaw.com
      wrs@ldmlaw.com
      bjb@ldmlaw.com
      *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

Brian P. McCafferty - cafstar@aol.com
KENNEY, MCCAFFERTY LAW FIRM
3031C Walton Road
Suite 202
Plymouth Meeting, PA 19462
-and-
Michael Hamilton - mhamilton@provostumphrey.com
PROVOST, UMPHREY LAW FIRM - NASHVILLE
One Burton Hills Boulevard, Suite 380
Nashville, TN 37215
-and-
Russell D. Henkin - rhenkin@bm.net
Shanon J. Carson - scarson@bm.net
Ellen T. Noteware - enoteware@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
-and-
Todd Schneider - tschneider@schneiderwallace.com
Carolyn H. Cottrell - ccottrell@schneiderwallace.com
W.H. "Hank" Willson - wwillson@schneiderwallace.com
SCHNEIDER WALLACE LAW FIRM
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
-and-
Philip A. Downey - downeyjustice@gmail.com
P.O. Box 736
Unionville, PA 19375
-and-
Christopher P. Welsh - cwelsh@welsh-law.com
James R. Welsh - jwelsh@welsh-law.com
WELSH & WELSH, P.C., L.L.O.
9290 West Dodge Road, Suite 100 The Mark
Omaha, NE 68114
*ATTORNEYS FOR PLAINTIFFS*

/s/Brian J. Brislen

476007