IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ**, *et al.*, | ) | **8:08CV90** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| and | ) | |
| | ) | **8:08CV99** |
| **DAVID CHUOL**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | **STIPULATED MOTION REGARDING** |
| | ) | **DATE OF PRETRIAL CONFERENCE** |
| vs. | ) | |
| | ) | |
| **NEBRASKA BEEF, LTD.** and | ) | |
| **NEBRASKA BEEF, INC.**, | ) | |
| | ) | |
| Defendants. | ) | |

This 29th day of April, 2010, the parties hereby jointly move the Court to enter an Order based upon their stipulation to the following:

1. The parties shall exchange their list of Trial Exhibits by May 11, 2010, following the instructions set forth in the Court's Second Amended Order Setting Final Schedule for Progression of Case, dated November 25, 2009;

2. All motions in limine (other than those challenging the admissibility of expert testimony) shall be filed by May 14, 2010; and

3. The Final Pretrial Conference shall take place on Tuesday, May 27, 2010 at 1:30 p.m.

                                        Respectfully submitted,

Date: April 29, 2010            NEBRASKA BEEF, INC., and NEBRASKA BEEF, LTD., Defendants,

                                    By:     s/ William M. Lamson
                                             William M. Lamson, Jr., #12374
                                             William R. Settles, #19879
                                             Brian J. Brislen, #22226
                                             LAMSON, DUGAN and MURRAY, LLP
                                             10306 Regency Parkway Drive
                                             Omaha, NE 68114-3743
                                             Telephone: (402) 397-7300
                                             Telefax: (402) 397-7824
                                             wml@ldmlaw.com
                                             wrs@ldmlaw.com
                                             bjb@ldmlaw.com

                                             ATTORNEYS FOR DEFENDANTS

                          AND

Date: April 29, 2010                s/ Shanon J. Carson
                                          Shanon J. Carson (admitted *pro hac vice*)
                                          BERGER & MONTAGUE, P.C.
                                          1622 Locust Street
                                          Philadelphia, Pennsylvania 19103
                                          Tel: (215) 875-4656
                                          Fax: (215) 875-4604
                                          scarson@bm.net

                                          ATTORNEYS FOR PLAINTIFFS

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2010, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the following:

| | |
|---|---|
| Brian J. Brislen | bbrislen@ldmlaw.com, rebeccal@ldmlaw.com |
| Shanon J. Carson | scarson@bm.net |
| Carolyn H. Cottrell | ccottrell@schneiderwallace.com, efilings@schneiderwallace.com, evancampen@schneiderwallace.com |
| Philip A. Downey | downeyjustice@gmail.com |
| Michael Hamilton | mhamilton@provostumphrey.com, lheembrock@provostumphrey.com |
| William M. Lamson, Jr. | wlamson@ldmlaw.com, amyk@ldmlaw.com |
| Brian P. McCafferty | cafstar@aol.com |
| Todd M. Schneider | tschneider@schneiderwallace.com, efilings@schneiderwallace.com |
| William R. Settles | wrs@ldmlaw.com, jray@ldmlaw.com |
| Christopher P. Welsh | cwelsh@welsh-law.com |
| James R. Welsh | jwelsh@welsh-law.com |
| W. Hank Willson, IV | wwillson@schneiderwallace.com, efilings@schneiderwallace.com |

        s/ Shanon J. Carson
Shanon J. Carson (admitted *pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net

Attorney for Plaintiffs