THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| FERMIN CORTEZ, et al., | ) | CASE NO. 8:08-CV00090 |
|---|---|---|
| Plaintiffs, | ) | |
| vs. | ) | |
| NEBRASKA BEEF, INC. and, NEBRASKA BEEF, LTD., | ) | |
| Defendants. | ) | |
| DAVID CHUOL, et al., | ) | CASE NO. 8:08-CV00099 |
| Plaintiffs, | ) | |
| vs. | ) | |
| NEBRASKA BEEF, LTD., | ) | |
| Defendant. | ) | |

## NEBRASKA BEEF'S LIST OF TRIAL EXHIBITS

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | Blueprint of NE Beef Plant | | | | |
| | | Schematic Drawing of NE Beef Slaughter Division | | | | |
| | | Schematic Drawing of NE Beef Fabrication Division | | | | |
| | | Job Description Chart (D000018-D000026) **(Joy Deposition Ex. 3)** | | | | |
| | | Job Description and Payroll Code List (D000001-D000002) **(McElroy Depo Ex. 6)** | | | | |

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | Document prepared by NE Beef documenting the various areas of the plant and the staffing, along with a list of equipment each area is required to wear while at work. (2 pages) *(Fernandez Depo Ex. 7)* | | | | |
| | | Employee Disciplinary Action Report dated 09-02-05 (1 page) *(Cortez Depo Ex. 1)* | | | | |
| | | Employee Attendance Report dated 09-02-05 (1 page) *(Cortez Depo Ex. 2)* | | | | |
| | | Employee Attendance Report dated 10-10-05 (1 page) *(Cortez Depo Ex. 3)* | | | | |
| | | Employee Disciplinary Action Report dated 05-10-06 (1 page) *(Cortez Depo Ex. 4)* | | | | |
| | | Employee Attendance Report dated 10-16-06 (1 page) *(Cortez Depo Ex. 6)* | | | | |
| | | Termination Report dated 12-05-06 *(Cortez Depo Ex. 7)* | | | | |
| | | Notice to Take Deposition of Fermin Cortez (3 pages) *(Cortez Depo Ex. 9)* | | | | |
| | | Transcript of Proceeding dated 10-16-09 | | | | |
| | | Curriculum Vitae of David Marx, PhD. | | | | |
| | | Curriculum Vitae of Jeffrey E. Fernandez, PhD, PE, CPE. | | | | |
| | | Expert Report of Dr. Fernandez with attached Appendices A through G, 11-13-09 | | | | |
| | | Portions of videotape taken by Kenneth Mericle or his associates on 12-17-08 | | | | |

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | Portions of videotape taken by Kenneth Mericle or his associates on 07-22-09 | | | | |
| | | Portions of videotape taken by Dr. Fernandez or his associates on 09-15-09, 09-16-09 and 09-17-09 | | | | |
| | | Portions of videotape taken by Dr. Fernandez or his associates on 10-20-09 | | | | |
| | | NE Beef Gang Timesheets for December 17, 2008 | | | | |
| | | NE Beef Payroll Worksheets for the Slaughter Division for the Week Ending December 20, 2008 | | | | |
| | | NE Beef Payroll Worksheets for the Fabrication Division for the Week Ending December 20, 2008 | | | | |
| | | NE Beef Check Register Report for the week of December 14, 2008 through December 20, 2008 | | | | |
| | | NE Beef Payroll Register for the week of December 14, 2008 through December 20, 2008 (Check Date: 12/26/2008) | | | | |
| | | NE Beef Gang Timesheets for July 22, 2009 | | | | |
| | | NE Beef Payroll Worksheets for the Slaughter Division for the Week Ending July 25, 2009 | | | | |
| | | NE Beef Payroll Worksheets for the Fabrication Division for the Week Ending July 25, 2009 | | | | |
| | | NE Beef Check Register Report for the week of July 19, 2009 through July 25, 2009 | | | | |

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | NE Beef Payroll Register for the week of July 19, 2009 through July 25, 2009 (Check Date: 07/31/2009) | | | | |
| | | NE Beef Gang Timesheets for September 15, 2009 | | | | |
| | | NE Beef Gang Timesheets for September 16, 2009 | | | | |
| | | NE Beef Gang Timesheets for September 17, 2009 | | | | |
| | | NE Beef Payroll Worksheets for the Slaughter Division for the Week Ending September 19, 2009 | | | | |
| | | NE Beef Payroll Worksheets for the Fabrication Division for the Week Ending September 19, 2009 | | | | |
| | | NE Beef Check Register Report for the week of September 13, 2009 through September 19, 2009 | | | | |
| | | NE Beef Payroll Register for the week of September 13, 2009 through September 19, 2009 (Check Date: 09/25/2009) | | | | |
| | | NE Beef Gang Timesheets for October 20, 2009 | | | | |
| | | NE Beef Payroll Worksheets for the Slaughter Division for the Week Ending October 24, 2009 | | | | |
| | | NE Beef Payroll Worksheets for the Fabrication Division for the Week Ending October 24, 2009 | | | | |
| | | NE Beef Check Register Report for the week of October 18, 2009 through October 24, 2009 | | | | |

4

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | NE Beef Payroll Register for the week of October 18, 2009 through October 24, 2009 (Check Date: 10/30/2009) | | | | |
| | | Portions of Videotape of Slaughter Division taken on October 28, 2009 | | | | |
| | | NE Beef Gang Timesheets for Slaughter Division dated October 28, 2009 | | | | |
| | | NE Beef Slaughter Division Employee Memos re Changes in Start Time for Slaughter Division, 2004-present (e.g., "will start one hour earlier on 06/23/09") | | | | |
| | | NE Beef Fabrication Division Employee Memos re Changes in Start Time for Fabrication Division, 2004-present (e.g., "two hour late start on 06/18/08") | | | | |
| | | NE Beef Employee Personnel File for Plaintiff, Fermin Cortez | | | | |
| | | NE Beef Employee Personnel File for Plaintiff, Gregory Garcia | | | | |
| | | NE Beef Employee Personnel File for Plaintiff, Isaac E. Valencia | | | | |
| | | NE Beef Employee Personnel File for Plaintiff, Jorge Contreras | | | | |
| | | NE Beef Employee Personnel File for Plaintiff, Javier Moreno Lopez | | | | |
| | | NE Beef Employment Records for Plaintiff, Santos Perez | | | | |
| | | NE Beef Employee Personnel File for Plaintiff, Lorenzo Jimenez | | | | |
| | | NE Beef Employee Personnel File for Plaintiff, Terry Johnson | | | | |

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | NE Beef Employee Personnel File for Plaintiff, David Chuol | | | | |
| | | Employee Equipment Cards for Plaintiff, Fermin Cortez | | | | |
| | | Employee Equipment Cards for Plaintiff, Gregory Garcia | | | | |
| | | Employee Equipment Cards for Plaintiff, Isaac E. Valencia | | | | |
| | | Employee Equipment Cards for Plaintiff, Jorge Contreras | | | | |
| | | Employee Equipment Cards for Plaintiff, Javier Moreno Lopez | | | | |
| | | Employee Equipment Cards for Plaintiff, Lorenzo Jimenez | | | | |
| | | Employee Equipment Cards for Plaintiff, Terry Johnson | | | | |
| | | Employee Equipment Cards for Plaintiff, David Chuol | | | | |
| | | Employee Equipment Tickets (Receipts) for Plaintiff, Fermin Cortez | | | | |
| | | Employee Equipment Tickets (Receipts) for Plaintiff, Gregory Garcia | | | | |
| | | Employee Equipment Tickets (Receipts) for Plaintiff, Isaac E. Valencia | | | | |
| | | Employee Equipment Tickets (Receipts) for Plaintiff, Jorge Contreras | | | | |
| | | Employee Equipment Tickets (Receipts) for Plaintiff, Javier Moreno Lopez | | | | |

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | Employee Equipment Tickets (Receipts) for Plaintiff, Lorenzo Jimenez | | | | |
| | | Employee Equipment Tickets (Receipts) for Plaintiff, Terry Johnson | | | | |
| | | Employee Equipment Tickets (Receipts) for Plaintiff, David Chuol | | | | |
| | | NE Beef Personnel Files for Class Members not yet identified as witnesses for trial | | | | |
| | | Employee Equipment Cards for Class Members not yet identified as witnesses for trial | | | | |
| | | Employee Equipment Tickets for Class Members not yet identified as witnesses for trial | | | | |
| | | Samples of NE Beef Gang Timesheets, 2004-present | | | | |
| | | Samples of NE Beef Payroll Worksheets for Slaughter Division Employees, 2004-present | | | | |
| | | Samples of NE Beef Payroll Worksheets for Fabrication Division Employees, 2004-present | | | | |
| | | Samples of NE Beef Check Register Reports, 2004-present | | | | |
| | | Samples of NE Beef Payroll Registers for all Class Members, 2004-present | | | | |
| | | Chart Defining NE Beef Personal Protective Equipment Categories | | | | |
| | | Videotape Showing Beginning of Day and End of Day in Slaughter Division | | | | |

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | Photographs of Slaughter Department (taken when plant was not in production) | | | | |
| | | Photographs of Fabrication Department (taken when plant was not in production) | | | | |
| | | Photographs of Pre-Fabrication Area (taken when plant was not in production) | | | | |
| | | Photographs of Pack Off Area (taken when plant was not in production) | | | | |
| | | Photographs of Cooler (taken when plant was not in production) | | | | |
| | | Video Clips of Slaughter Department (taken when plant was not in production) | | | | |
| | | Video Clips of Fabrication Department (taken when plant was not in production) | | | | |
| | | Video Clips of Pre-Fabrication Area (taken when plant was not in production) | | | | |
| | | Video Clips of Pack Off Area (taken when plant was not in production) | | | | |
| | | Video Clips of Cooler (taken when plant was not in production) | | | | |
| | | All exhibits necessary for impeachment or rebuttal. | | | | |
| | | It is possible that Defendants may also offer certain exhibits listed by Plaintiffs, subject to relevancy. | | | | |
| **EXHIBITS TO BE USED FOR DEMONSTRATIVE PURPOSES, ONLY** | | | | | | |
| | | Samples of Personal Protective Equipment | | | | |

| PL. | NE BEEF | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD |
|---|---|---|---|---|---|---|
| | | Computer Animation of Slaughter and Fabrication Processes at NE Beef | | | | |
| | | Charts Demonstrating Median and Mean Values for Measured Activities | | | | |
| | | Still Photographs Extracted from Fernandez Videotapes | | | | |
| | | Charts Illustrating Timeline of Work Day for Slaughter Division – Hide On | | | | |
| | | Charts Illustrating Timeline of Work Day for Slaughter Division – Hide Off | | | | |
| | | Charts Illustrating Timeline of Work Day for Slaughter Division – Variety Meats | | | | |
| | | Charts Illustrating Timeline of Work Day for Pre Fabrication | | | | |
| | | Charts Illustrating Timeline of Work Day for Fabrication | | | | |
| | | Charts Illustrating Timeline of Work Day for Pack Off | | | | |
| | | | | | | |

OBJECTIONS :
A: Authenticity
F: Foundation
H: Hearsay
P: Prejudicial
R: Relevancy
O: Other (specify)

          NEBRASKA BEEF, INC., and NEBRASKA BEEF, LTD., Defendants,

By:   /s/ Brian J. Brislen
       William M. Lamson, Jr., #12374
       William R. Settles, #19879
       Brian J. Brislen, #22226
       LAMSON, DUGAN and MURRAY, LLP
       10306 Regency Parkway Drive
       Omaha, NE 68114-3743
       Telephone: (402) 397-7300
       Telefax: (402) 397-7824
       wml@ldmlaw.com
       wrs@ldmlaw.com
       bjb@ldmlaw.com
       *ATTORNEYS FOR DEFENDANTS*

## CERTIFICATE OF SERVICE

I hereby certify that pursuant to the Court's Order of April 29, 2010 requiring parties to exchange lists of trial exhibits, I served the foregoing document upon the following counsel of record by e-mail on this 11th day of May, 2010:

Brian P. McCafferty, cafstar@aol.com
Russell D. Henkin, rhenkin@bm.net
Shanon J. Carson, scarson@bm.net
Todd Schneider, tschneider@schneiderwallace.com
Carolyn H. Cottrell, ccottrell@schneiderwallace.com
W.H. "Hank" Willson, wwillson@schneiderwallace.com
Philip A. Downey, downeyjustice@gmail.com
Christopher P. Welsh, cwelsh@welsh-law.com
James R. Welsh, jwelsh@welsh-law.com
*ATTORNEYS FOR PLAINTIFFS*

          /s/Brian J. Brislen

476409