IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ,** *et al.*, | ) | 8:08CV90 |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| and | ) | |
| | ) | |
| **DAVID CHUOL,** *et al.*, | ) | 8:08CV99 |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **NEBRASKA BEEF, LTD. and** | ) | |
| **NEBRASKA BEEF, INC.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## STATUS REPORT REGARDING MEDIATION

Plaintiffs submit the following Status Report Regarding Mediation pursuant to Paragraph 2 of the Mediation Reference Order dated May 28, 2010.

The parties are scheduled to mediate this case on July 27, 2010. This was the earliest date that the mediator and the parties were available for mediation. Plaintiffs will file a status report addressing the outcome of the mediation by no later than August 3, 2010.

Dated: June 28, 2010         Respectfully submitted,

   s/ Carolyn H. Cottrell
Carolyn H. Cottrell
Todd M. Schneider (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com

ccottrell@schneiderwallace.com

Shanon J. Carson (*pro hac vice*)
Russell D. Henkin (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net

Philip A. Downey (*pro hac vice*)
P.O. Box 736
Unionville, Pennsylvania 19375
Tel: (610) 324-2848
Fax: (610) 347-1073
downeyjustice@gmail.com

Christopher P. Welsh (State Bar No. 22279)
WELSH & WELSH, P.C., L.L.O.
9290 W. Dodge Road
100 The Mark
Omaha, Nebraska 68114
Tel: (402) 384-8160
Fax: (402) 384-8211
cwelsh@welsh-law.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian J. Brislen | bbrislen@ldmlaw.com, rebeccal@ldmlaw.com |
| Shanon J. Carson | scarson@bm.net |
| Carolyn H. Cottrell | ccottrell@schneiderwallace.com, efilings@schneiderwallace.com, kkadotani@schneiderwallace.com, mlewis@schneiderwallace.com |
| Philip A. Downey | downeyjustice@gmail.com |
| Michael Hamilton | mhamilton@provostumphrey.com, lheembrock@provostumphrey.com |
| Russell D. Henkin | rhenkin@bm.net |
| William M. Lamson, Jr | wlamson@ldmlaw.com, amyk@ldmlaw.com |
| Brian P. McCafferty | cafstar@aol.com |
| Ellen T. Noteware | enoteware@bm.net |
| Todd M. Schneider | tschneider@schneiderwallace.com, efilings@schneiderwallace.com |
| William R. Settles | wsettles@ldmlaw.com, jray@ldmlaw.com |
| Christopher P. Welsh | cwelsh@welsh-law.com |
| James R. Welsh | jwelsh@welsh-law.com |

  s/ Carolyn H. Cottrell
Carolyn H. Cottrell
California Bar No. 166977
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
ccottrell@schneiderwallace.com