# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FERMIN CORTEZ, *et al.*, | ) CASE NO. 8:08CV90 |
| Plaintiffs, | ) |
| and | ) |
| DAVID CHUOL, *et al.*, | ) CASE NO. 8:08CV99 |
| Plaintiffs, | ) |
| vs. | ) |
| NEBRASKA BEEF, LTD. and NEBRASKA BEEF, INC., | ) |
| Defendants. | ) |

## JOINT STATUS REPORT REGARDING MEDIATION

The parties submit the following status report regarding mediation.

Through Court-ordered mediation which took place on July 27, 2010, and numerous subsequent negotiations, the parties have made substantial progress toward reaching a settlement agreement, utilizing the assistance of the Court-appointed mediator, but the parties have not yet reached an agreement. The parties will continue to discuss settlement through, at a minimum, close of business tomorrow. Plaintiffs further authorize the Court-appointed mediator to report the status of the settlement negotiations to the Court.

Dated: August 10, 2010          Respectfully submitted,

/s/ Carolyn H. Cottrell
Carolyn H. Cottrell
Todd M. Schneider (*pro hac vice*)
SCHNEIDER WALLACE
COTTRELL BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94104
Tel: (415) 421-7100
Fax: (415) 421-7105
tschneider@schneiderwallace.com
ccottrell@schneiderwallace.com

Shanon J. Carson (*pro hac vice*)
Russell D. Henkin (*pro hac vice*)
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net

Philip A. Downey (*pro hac vice*)
P.O. Box 736
Unionville, Pennsylvania 19375
Tel: (610) 324-2848
Fax: (610) 347-1073
downeyjustice@gmail.com

Christopher P. Welsh (State Bar No. 22279)
WELSH & WELSH, P.C., L.L.O.
9290 W. Dodge Road
100 The Mark
Omaha, Nebraska 68114
Tel: (402) 384-8160
Fax: (402) 384-8211
cwelsh@welsh-law.com

*ATTORNEYS FOR PLAINTIFFS*

AND

NEBRASKA BEEF, INC., and NEBRASKA BEEF, LTD.,
Defendants,

By:   /s/ Brian J. Brislen
William M. Lamson, Jr., #12374
William R. Settles, #19879
Brian J. Brislen, #22226
LAMSON, DUGAN and MURRAY, LLP
10306 Regency Parkway Drive
Omaha, NE 68114-3743
Telephone:  (402) 397-7300
Telefax:  (402) 397-7824
wml@ldmlaw.com
wrs@ldmlaw.com
bjb@ldmlaw.com

*ATTORNEYS FOR DEFENDANTS*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

**CERTIFICATE OF SERVICE**

I hereby certify that on August 10, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

| | |
|---|---|
| Brian J. Brislen | bbrislen@ldmlaw.com, rebeccal@ldmlaw.com |
| Shanon J. Carson | scarson@bm.net |
| Carolyn H. Cottrell | ccottrell@schneiderwallace.com, efilings@schneiderwallace.com, kkadotani@schneiderwallace.com, mlewis@schneiderwallace.com |
| Philip A. Downey | downeyjustice@gmail.com |
| Michael Hamilton | mhamilton@provostumphrey.com, lheembrock@provostumphrey.com |
| Russell D. Henkin | rhenkin@bm.net |
| William M. Lamson, Jr | wlamson@ldmlaw.com, amyk@ldmlaw.com |
| Brian P. McCafferty | cafstar@aol.com |
| Ellen T. Noteware | enoteware@bm.net |
| Todd M. Schneider | tschneider@schneiderwallace.com, efilings@schneiderwallace.com |
| William R. Settles | wsettles@ldmlaw.com, jray@ldmlaw.com |
| Christopher P. Welsh | cwelsh@welsh-law.com |
| James R. Welsh | jwelsh@welsh-law.com |

/s/ Brian J. Brislen