IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, et al ) | Case No. 8:08CV90 | |
| ) | | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | MEDIATION | |
| ) | CLOSURE NOTICE | |
| NEBRASKA BEEF, INC., et al, ) | | |
| ) | | |
| Defendants. ) | | |
| _____ ) | | |
| ) | | |
| DAVID CHUOL, ) | Case No. 8:08CV99 | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | MEDIATION | |
| ) | CLOSURE NOTICE | |
| NEBRASKA BEEF, LTD., ) | | |
| ) | | |
| Defendant. ) | | |

COMES NOW, _Michael G. Mullin_, by and through the undersigned mediator and states to the court as follows:

I. Mediation in the above-captioned matter was scheduled for _July 27, 2010 and continued thereafter until August 16, 2010._

II. On that date the following occurred:

    A. All parties mediated in good faith and reached:
          ____ 1) Agreement On All Issues
          ____ 2) Partial Agreement
          _X_ 3) No Agreement

    B. Evaluation forms handed out to:
          ____ 1. Participants    _Not applicable._
          ____ 2. Attorneys

(Please mail original evaluations to Kathy Griess, Mediation Coordinator, U.S. District Court, Roman L. Hruska U.S. Courthouse, 111 S. 18th Plaza, Suite 1152, Omaha, NE 68102-1322.)

    C. The parties were unable to mediate because the individual(s) named below either

(1) did not attend; (2) did not have authority to settle; (3) attended but refused to participate (Circle the number that applies):

_____ 1 2 3
name

_____ 1 2 3
name

_____ 1 2 3
name

_____ 1 2  3
name

_____ 1 2 3
name

D. The (partial) settlement agreement:   *Not applicable,*
   _____ 1)   is attached
   _____ 2)   will be submitted to the court by
   _____ 3)   will not be filed with the court
   _____ 4)   includes a confidentiality agreement

E. Mediation fees have been paid:
   _____ 1)   by all parties
   _____ 2)   by all parties except those below, with the unpaid balance due from each:
   X 3)  *Will be billed to the parties,*
   _____
   _____

Dated this  *17th*  day of  *August* , 2010.

*[signature]*
Michael G. Mullin, Esq.
Kutak, Rock Law Firm
1650 Farnam Street
Omaha, NE 68102-2186
(402) 346-6000
(402) 346-1148 (Fax)