IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, on behalf of themselves and all other similarly situated individuals, et al., ) ) ) | ) ) ) | 8:08CV90 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | ORDER |
| NEBRASKA BEEF, INC., and NEBRASKA BEEF, LTD., | ) ) ) ) | |
| Defendants. | ) ) | |

| | | |
|---|---|---|
| DAVID CHUOL, on behalf of himself and all other similarly situated individuals, | ) ) ) ) | 8:08CV99 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| NEBRASKA BEEF, Ltd., | ) ) ) | |
| Defendant. | ) ) | |

      This matter is before the court following telephonic hearings with counsel for all parties on August 25 and 27, 2010.  Due to a number of conflicts, the court is rescheduling the trial previously set for September 7, 2010.  Instead, the trial is rescheduled to commence on **January 31, 2011.**  The trial is scheduled for four weeks, four days per week, until February 25, 2011.  However, the court will meet with all parties on **September 8, 2010, at 9:00 a.m.,** in Courtroom No. 3, to rule on motions in limine and to finalize jury instructions.  In that regard, the parties must have all pretrial motions and supporting briefs filed by Friday, **August, 27, 2010.**  All proposed jury instructions must be filed by Tuesday,

**August 31, 2010,** and all supplemental motions regarding the pretrial motions must be filed by Wednesday, **September 1, 2010**,

THEREFORE, IT IS ORDERED:

1. All parties must have all pretrial motions and supporting briefs filed by Friday, **August, 27, 2010.**

2. All proposed jury instructions must be filed by **Tuesday, August 31, 2010.**

3. All supplemental motions regarding the pretrial motions must be filed by Wednesday, **September 1, 2010.**

4. Trial is rescheduled for **January 31, 2011, at 8:30 a.m.**, Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 27th day of August, 2010.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge

2