IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **FERMIN CORTEZ,** *et al.*, | ) | 8:08CV90 |
| | ) | |
| Plaintiffs, | ) | |
| and | ) | |
| | ) | |
| **DAVID CHUOL,** *et al.*, | ) | 8:08CV99 |
| | ) | |
| Plaintiffs, | ) | |
| vs. | ) | **PLAINTIFFS' AMENDED** |
| | ) | **UNOPPOSED MOTION REGARDING** |
| **NEBRASKA BEEF, LTD.** and | ) | **POSTCARD NOTICE TO THE CLASS** |
| **NEBRASKA BEEF, INC.**, | ) | **REGARDING THE TRIAL DATE** |
| | ) | |
| Defendants. | ) | |

This 13th day of October, 2010, Plaintiffs hereby respectfully move the Court to approve the attached postcard notice to be sent to the certified Class to alert them of the trial date. The postcard has been amended, at the Court's request, eliminating "Suite 1152" from the address . The amended postcard notice, to be sent in English and Spanish, is attached hereto as Exhibit A. Plaintiffs believe the notice is necessary because the notice that was previously sent to Class members instructed them that trial was scheduled for June 21, 2010. Trial has now been scheduled for <u>January 31, 2011</u>. Plaintiffs have met and conferred with Defendant concerning

the form of the postcard notice, and Defendant has stated that it does not oppose this motion.

Dated:  October 13, 2010					Respectfully submitted,

							 s/ Shanon J. Carson
							Shanon J. Carson
							BERGER & MONTAGUE, P.C.
							1622 Locust Street
							Philadelphia, Pennsylvania 19103
							Tel: (215) 875-4656
							Fax: (215) 875-4604
							scarson@bm.net

							 Attorney for Plaintiffs and the Class

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2010, I electronically filed the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    William M. Lamson, Jr.    wlamson@ldmlaw.com

    William R. Settles    wsettles@ldmlaw.com

    Brian J. Brislen    bbrislen@ldmlaw.com

    s/ Shanon J. Carson
Shanon J. Carson
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, Pennsylvania 19103
Tel: (215) 875-4656
Fax: (215) 875-4604
scarson@bm.net

Attorney for Plaintiffs and the Class