IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FERMIN CORTEZ, on behalf of themselves
and all other similarly situated individuals,
GREGORY GARCIA, on behalf of
themselves and all other similarly situated
individuals, ISAAC E. VALENCIA, on behalf
of themselves and all other similarly situated
individuals, JORGE CONTRERAS, on
behalf of themselves and all other similarly
situated individuals, JAVIER MORENO
LOPEZ, on behalf of themselves and all
other similarly situated individuals, SANTOS
PEREZ, on behalf of themselves and all
other similarly situated individuals,
LORENZO JIMENEZ, on behalf of
themselves and all other similarly situated
individuals, and TERRY JOHNSON, on
behalf of themselves and all other similarly
situated individuals,

        Plaintiff,

v.

NEBRASKA BEEF, INC., and NEBRASKA
BEEF, LTD.,

        Defendant.

Case No. 8:08cv90

RECEIPT FOR RETURNED EXHIBITS

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case:

    Plaintiff Exhibits 2, 3 12, 26 (pg. 26312) 122, 460, 475 (pg.2108), 533,
534,535,536, Defendant Exhibit 840  - Jury Trial Held May 2-4, 2011

    I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

    Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for **Plaintiff** or Defendant
(circle one)

DATED: May 4 2011

BY: Todd Schneider