IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FERMIN CORTEZ, on behalf of themselves and all other similarly situated individuals, GREGORY GARCIA, on behalf of themselves and all other similarly situated individuals, ISAAC E. VALENCIA, on behalf of themselves and all other similarly situated individuals, JORGE CONTRERAS, on behalf of themselves and all other similarly situated individuals, JAVIER MORENO LOPEZ, on behalf of themselves and all other similarly situated individuals, SANTOS PEREZ, on behalf of themselves and all other similarly situated individuals, LORENZO JIMENEZ, on behalf of themselves and all other similarly situated individuals, and TERRY JOHNSON, on behalf of themselves and all other similarly situated individuals,

　　　　　Plaintiff,

v.

NEBRASKA BEEF, INC., and NEBRASKA BEEF, LTD.,

　　　　　Defendant.

Case No. 8:08cv90

RECEIPT FOR RETURNED EXHIBITS



　　　　Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case:

Defendant Exhibits 858, 859 - Jury Trial Held May 2-4, 2011

　　　　I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

　　　　Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

　　　　　　　　　　　　　　　　　　　　_Sharon K. Koch -_
　　　　　　　　　　　　　　　　　　　　_for Bill Lawson_
　　　　　　　　　　　　　　　　　　　　Counsel of Record for  Plaintiff   or   Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(circle one)

　　　　　　　　　　　　　　　　DATED: __5-4-11__
　　　　　　　　　　　　　　　　　　BY: __Sharon K. Koch__

Exhibits-Form Receipt for Returned Exhibits, appeal time pending.wpd
Approved: September 6, 2007