IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FERMIN CORTEZ, on behalf of themselves and all other similarly situated individuals, et. al., | ) ) ) ) | Case No.  8:08-cv-90 |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| NEBRASKA BEEF, INC., and NEBRASKA BEEF, LTD., | ) ) ) ) | |
| Defendants. | | |
| DAVID CHUOL, on behalf of himself and all other similarly situated individuals, | ) ) ) | Case No.  8:08-cv-99 DEFENDANTS' MOTION FOR RECONSIDERATION OF REFERRAL TO UNITED STATES ATTORNEY |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| NEBRASKA BEEF, LTD., | ) ) | |
| Defendant. | ) | |

COME NOW Defendants, Nebraska Beef, LTD and Nebraska Beef, Inc. (collectively "Nebraska Beef"), and move the Court to reconsider and withdraw its May 4, 2011 referral to the United States Attorney for the District of Nebraska, as described below, arising out of the production of documents by Nebraska Beef in the above-captioned matters (the "Referral") for the following reasons:

1.      During the trial of this matter, Plaintiffs improperly and without basis in fact asserted that certain documents produced to Plaintiffs by Nebraska Beef (the Produced Documents) had been fabricated or falsified. (Index of Evidence in Opposition to Plaintiffs' Motion for Sanctions and in Support of Defendants' Motion for Reconsideration of Referral to United States Attorney ("Index of Evid."), Ex. 1, Att. "A", pp. 148:12-13; 151:7-11; Att. "B", pp. 177:11; 186:7, 25)).

2.      Plaintiffs improperly requested that the Court take action with regard to the alleged fabrication or falsification. (Index of Evid. Ex. 1, Att. "B", pp. 177:11; 186:7, 25).

3.      On May 4, 2011, the Court advised the parties that the Court had asked the United States Attorney to conduct an investigation into the veracity and delivery of the Produced Documents and that each of Nebraska Beef's witnesses would be advised of their Fifth Amendment rights as a result of an active investigation by the United States Attorney.   The Court subsequently advised the parties that the Court intended to send the record of the proceedings to the United States Attorney, upon completion of the proceedings, for investigation, and that it would be appropriate to advise Nebraska Beef's representatives of this intention prior to receiving any testimony from those representatives. (Index of Evid. Ex. 1, Att. "B", pp. 171:20-172:5; 173:13-22; 191:10-17; 202:18-203:20).

4.      Nebraska Beef's former counsel, Lamson Dugan and Murray, LLP ("LDM"), properly declared that Plaintiffs' counsel's baseless allegations, when

2

combined with the Referral, create an actual conflict of interest.  (Index of Evid. Ex. 1, Att. "B", pp. p. 201:22-23; Ex. 2; Ex. 3).

     5.    The Produced Documents which led the Court to make the Referral were not falsified. (Index of Evid. Exs. 1-22).

     6.    A finding that the Produced Documents were not falsified or fabricated and the reconsideration of the Court's intention to proceed with the Referral would eliminate any actual conflict of interest.

     7.    A finding that the Produced Documents were not falsified or fabricated and the reconsideration of the Court's intention to proceed with the Referral will allow LDM to reappear as counsel of record for Nebraska Beef in the above-captioned matters, and trial can proceed at the earliest possible time.

     Dated this 5th day of July, 2011.

                NEBRASKA BEEF, INC and NEBRASKA
                BEEF, LTD., Defendants

                By:    James M. Bausch #10236
                        John C. Hewitt #18084
                        Trenten P. Bausch #20655
                            CLINE WILLIAMS
                        WRIGHT JOHNSON & OLDFATHER, L.L.P.
                        One Pacific Place
                        1125 South 103rd Street, Suite 600
                        Omaha, Nebraska  68124
                        Phone:  (402) 397-1700
                        Fax:    (402) 397-1806
                        jbausch@clinewilliams.com
                        jhewitt@clinewilliams.com
                        tbausch@clinewilliams.com

                By:   /s/ James M. Bausch
                        James M. Bausch #10236

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of July, 2011, I electronically filed the above using the CM/ECF system which sent notification of such filing to the following:

Brian P. McCafferty
cafstar@aol.com

Carolyn H. Cottrell
ccottrell@schneiderwallace.com

Christopher P. Welsh
cwelsh@welsh-law.com

Ellen T. Noteware
enoteware@bm.net

Michael Hamilton
mhamilton@provostumphrey.com

Michael D. Thomas
mthomas@schneiderwallace.com

Philip A. Downey
downeyjustice@gmail.com

Russell D. Henkin
rhenkin@bm.net

Sarah R. Schalman-Bergen
sschalman-bergen@bm.net

Shanon J. Carson
scarson@bm.net

Todd Schneider
tschneider@schneiderwallace.com

s/ James M. Bausch

4